**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZAINAB MOHAMMED, | No. 09-73761 |
| Petitioner, | Agency No. A073-952-125 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 15, 2011[**]

Before:     CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Zainab Mohammed, a native and citizen of Nigeria, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying her motion to reopen.

Our jurisdiction is governed by 8 U.S.C. § 1252. We review de novo due process

claims, and for abuse of discretion the denial of a motion to reopen. *Iturribarria v.*

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*INS*, 321 F.3d 889, 894 (9th Cir. 2003).  We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion by denying Mohammed's motion to reopen for failure to comply with the requirements in *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988).  *See id*. at 900; *see also Tamang v. Holder*, 598 F.3d 1083, 1090-91 (9th Cir. 2010) ("By failing to provide any information regarding his purported former counsel, [petitioner] has failed to provide any other independent basis from which to analyze his claim.").

Mohammed's remaining contentions are unpersuasive.

We lack jurisdiction to review the BIA's decision not to exercise authority to reopen proceedings sua sponte.  *See Mejia-Hernandez v. Holder*, 633 F.3d 818, 823-24 (9th Cir. 2011).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**